ACCEPTED
03-15-00620-CR
11058194
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/9/2016 10:41:28 AM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## FOR THE STATE OF TEXAS

**STATE OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/9/2016 10:41:28 AM
JEFFREY D. KYLE
Clerk

**V.**                                                    **NO. 03-15-00620-CR**

**DENNIS DAVIS**

## APPELLEE'S THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Dennis Davis, Appellee, by and through his attorney of record, Linda Icenhauer-Ramirez, and files this his Third Motion for Extension of Time to Brief and in support thereof, would show the Court the following:

### I.

That the above-styled and numbered cause is styled The State of Texas v. Dennis Davis, Cause Number 09-900185-CR in the 167th Judicial District Court of Travis County, Texas. The trial court signed the Order Setting Aside Indictment For Failure to Afford Constitutional Right to Speedy Trial on September 9, 2015. On September 10, 2015, the trial court signed and filed its Findings of Fact and Conclusions of Law Regarding Defendant's Motion to Set Aside For Violation of the Sixth Amendment.

## II.

The State filed its notice of appeal from this decision on September 30, 2015. The State filed its brief on February 8, 2016. The due date for appellee's brief is June 9, 2016.

## III.

This is Appellee's third motion for extension of time to file his brief. Appellee respectfully requests a forty-five day extension of time to file the brief from today's date, which would make such brief due on Sunday, July 24, 2016. The next working day is Monday, July 25, 2016.

## V.

The undersigned attorney has read the record in this case and has begun researching the issues and drafting her brief. However, due to appellate deadlines in other cases she has been unable to complete her research and file a response to the State's brief. In the past forty days she has filed petitions for discretionary review in two cases entitled Linda Woodman v. State of Texas, Cause Nos. 14-15-00032-CR and 14-15-00033-CR and a brief on discretionary review in the case of Robert Ritz v. State of Texas, Cause No. PD-1661-15 in the Texas Court of Criminal Appeals. She is working on a brief in the case of George Delacruz v. State of Texas, Cause No. 03-15-00302-CR. The deadline for that brief is July 5, 2016. In

addition, she has a busy trial court schedule in Hays County, Travis County and Williamson County and is scheduled to attend a family reunion in Idaho from June 16th through June 21st.   The undersigned attorney asks that this extension be granted so that she may effectively represent Appellee and so that justice may be done in this case.

Respectfully Submitted,

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ
Attorney at Law
1103 Nueces
Austin, Texas  78701
(512) 477-7991
FAX #: (512) 477-3580
SBN: 10382944
EMAIL:  ljir@aol.com

ATTORNEY FOR APPELLEE

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion was computer generated and contains 536 words, as calculated by the word count function on my computer.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ

## CERTIFICATE OF SERVICE

I, Linda Icenhauer-Ramirez, hereby certify that a true and correct copy of the foregoing Appellee's Third Motion for Extension of Time to Brief was e-served to Kathryn A. Scales and Scott Taliaferro of the Travis County District Attorney's Office on this the 9th day of June, 2016.

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ